IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| DOUGLAS L. CAMPBELL,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Case No. 1:13-cv-00219<br>)    JURY DEMAND |
| SMG PROPERTIES, INC., SOUTHERN<br>MANUFACTURING GROUP, INC., and<br>RAY JONES,<br>    Defendants. | )<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have resolved all issues in dispute in this matter. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant file this Joint Stipulation of Dismissal with prejudice of all claims which have been made in this lawsuit. The parties shall each bear their respective costs, expenses, and attorneys' fees.

Dated: July 20, 2015.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Kerry Knox<br>Kerry Knox, BPR #23302<br>117 S. Academy St.<br>Murfreesboro, TN 37130<br>(615) 896-1000<br>kek@castelliknox.com | /s/ B. Timothy Pirtle<br>Mr. B. Timothy Pirtle #006379<br>101 E. Main St.<br>McMinnville, TN 37111-0047<br>(931) 473-5677<br>timpirtle@gmail.com |
| /s/ Jerry E. Farmer<br>Jerry E. Farmer, BPR #017180<br>1535 W. Northfield Blvd., #8<br>Murfreesboro, TN 37129<br>(615) 893-4020<br>jerry.farmer@jerryfarmerlaw.com | ATTORNEY FOR DEFENDANTS |
| ATTORNEYS FOR PLAINTIFF | |